

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

*Travis Co,*

Miss Fannie M. Wilcox
State Librarian
Austin, Texas

Dear Miss Wilcox:

Opinion No. 0-2251
Re: S. B. No. 190, 46th Legis-
lature (1939) -- Prefer-
ence in employment by heads
of departments to discharged
soldiers, sailors, nurses
and marines.

You propound to us for a legal opinion the fol-
lowing questions:

"In filling vacancies on the staff
of the Texas State Library where "techni-
cal library training" is required by law,
is it necessary that a discharged sol-
dier, sailor, nurse or marine be employ-
ed as stated above if he does not show
evidence of having sufficient 'technical
library training' to perform the duties
of the position satisfactorily, and a
person having the required training can
be obtained?"

Article 5445 of Title 89 of the Revised Civil
Statutes of Texas, governing Library and Historical Com-
mission provides:

"Heads of departments and library
assistants shall be required to have
technical library training; and heads
of departments shall have had at least
one year of experience in library work
prior to appointment. Clerks shall be
required to hold a diploma from a first-

...TION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

class high school according to the stand-
ards of the State Board of Education or
the University of Texas, or to present
satisfactory evidence of educational
training equal to that provided by such
high school and also to present satis-
factory evidence of proficiency in stenog-
raphy and typewriting or bookkeeping."

Senate Bill No. 100, 46th Legislature (General
Laws 46th Leg.,reg. sess. p. 617, Vernon's Tex. Civ. Stat.,
Art. 4413 (30)) in Sec. 1 provides:

"That from and after the effective
date of this Act, in every State Depart-
ment in this State, all honorably dis-
charged soldiers, sailors, nurses and
marines, from the Army and Navy of the
United States in the late Spanish-Ameri-
can and Phillipine Insurrection Wars,
and the China Relief Expedition, and the
late World War, wherein the United States
of America and the Allied Nations were
engaged in war against the Imperial Govern-
ment of Germany and its allies, and who
are and have been residents or citizens
of the State of Texas for a period of ten
(10) years next preceding the date of ap-
plication, and are competent and fully
qualified, shall be entitled to prefer-
ence in appointments, employment, and
promotion over other applicants therefor;
provided, however, that no such prefer-
ence shall be extended to such soldiers,
sailors, marines, and nurses who are re-
ceiving from the State or Federal Govern-
ment any monies totaling Fifty ($50.00)
Dollars or more by reason of disabilities
incurred during active service in the
Army, Navy, Marine, or Nurse Corps, or by
reason of Old Age Assistance payment, or
any other Social Security monies provided
by law, and the persons thus preferred
shall not be disqualified from holding
any position hereinbefore mentioned on
account of age, or by reason of any physi-
cal disability, provided such age or dis-

ability does not render him incompetent to perform properly and capably the duties of the position applied for; and when such soldier, sailor, nurse, or marine shall apply for appointment or employment under this Act, the officer, executive head of such department or person or persons, whose duty it is or may be to appoint or employ such person to fill such position and/or place, shall before appointing or employing any one to fill such position and/or place, make an investigation as to the qualifications of said soldier, sailor, nurse and/or marine for such position or place, and if the applicant is a person of good moral character and can perform the duties of said position applied for by such person as hereinabove provided, said officer, executive head of department, board and/or other person having the appointive power, shall appoint said soldier, sailor, nurse, or marine to such position and/or place of employment."

Senate Bill No. 190 is not a statute of qualifications or eligibility for appointment; it is a pure preferential statute as between applicants, who are eligible and qualified. If an applicant of the favored class mentioned in S. B. No. 190 is not qualified under Article 5445 of the Revised Civil Statutes, he not only is not entitled to a preference in the matter of appointment, but he is not entitled to appointment at all. The fair meaning of the Preference in Employment Act is that amongst applicants, all of whom are competent and qualified, the preference to the extent required by the statutes must be given to the favored classes.

The statutes prescribing qualifications for employees must be construed in connection with S. B. No. 190, the Preference of Employment Act, so as to harmonize and give effect to both Acts without destroying either.

Trusting that this will have answered your ques-

251

Miss Fannie M. Wilcox - Page 4


tion satisfactorily, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS-MR


APPROVEDAPR 27, 1940

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN